**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

      Plaintiff,

vs.

Roderick Rudy French,

      Defendant.

      )
      )
      )
      )
      )
      )
      )
      )
      )
      )

CR-06-00531-01-PHX-DGC
CR-03-00544-01-PHX-DGC

**DETENTION  ORDER**

     A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 27, 2010.

     **THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

     **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

     **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

     DATED this 28th day of September, 2010.

Lawrence O. Anderson
United States Magistrate Judge